AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 08, 2024**

SEAN F. McAVOY, CLERK

RONALD ST. C.,   )
   *Plaintiff* )
   v. ) Civil Action No. 2:23-CV-0274-TOR
   )
MARTIN O'MALLEY, )
Commissioner of Social Security,
   *Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Pursuant to the Order filed at ECF No. 20, Plaintiff's Motion for EAJA Attorney's Fees (ECF No. 16) is GRANTED. The Commissioner is directed to pay EAJA fees in the amount of $5,601.79 for attorney's fees.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice Plaintiff's Motion for EAJA Attorney's Fees.

Date: 5/8/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Ruby Mendoza
   *(By) Deputy Clerk*
Ruby Mendoza